# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **GREGORY HENDERSON,** | ) | |
| Petitioner, | ) | |
| v. | ) | No. CIV 02-621-FHS-KEW |
| **MARTY SIRMONS, Warden,** | ) | |
| Respondent. | ) | |

## OPINION AND ORDER

Pursuant to the court's order entered on August 24, 2008 [Docket # 74], petitioner has submitted a proper Financial Affidavit and a Statement of Institutional Accounts [Docket # 76]. After review of the financial documents, the court finds petitioner is eligible for appointment of counsel for the required evidentiary hearing. *See* Rule 8(c) of the Rules Governing Section 2254 Cases. Therefore, the federal public defender is appointed to represent petitioner for the purpose of conducting an evidentiary hearing, pursuant to the direction of the Tenth Circuit Court of Appeals in *Henderson v. Sirmons*, No. 06-7038, slip op. at 9 (10th Cir. July 21, 2008).

The Court Clerk is directed to forward a copy of petitioner's case file to the federal public defender upon entry of appearance by petitioner's attorney.

Dated this 10th day of September, 2008.

Frank H. Seay
United States District Judge